IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 13-CR-30264-MJR |
| ASTON LLOYD DAVIS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF FACTS

The United States of America and the Defendant hereby stipulate as follows:

1. From in or around May 11, 2009, and continuing until on or about July 13, 2011, in St. Clair, Madison, Clark, Franklin, Jasper, Massac, and Saline Counties, within the Southern District of Illinois and elsewhere, **ASTON LLOYD DAVIS**, with others known and unknown, conspired to conduct a telemarketing timeshare resale scheme targeting timeshare owners throughout the United States and Canada.

2. These conspirators, including **ASTON LLOYD DAVIS**, falsely represented that they had found buyers for the consumers' timeshare interests and solicited fees of up to several thousand dollars from each consumer in purported pre-paid closing costs and related expenses that the conspirators told consumers would be returned at closing. The conspirators, including **ASTON LLOYD DAVIS**, falsely represented that the purported closing would occur on a made-up date or within a specified timeframe. The purported sales did not occur, closings were not scheduled as was often represented, and, in fact, the conspirators did not successfully sell any consumer's timeshare interest.

1

3. Between December 5, 2007, and continuing until on or about July 13, 2011, the conspirators victimized thousands of consumers throughout the United States and Canada. The conspirators victimized at least eight (8) consumers in at least seven (7) of the thirty eight (38) counties comprising the Southern District of Illinois.

4. The telemarketing timeshare resale scheme was conducted through various business fronts, including the following:

A. National Solutions LLC ("National Solutions"), also doing business as Blue Scape Timeshares International, Country Wide Timeshares, Countrywide Timesharesales MA, Landmark Timeshares, Propertys Direct, Quicksale Propertys, Sun Property Networks, Sun Property's, Universal Propertys, and VIM Timeshares, was a Florida limited liability company with its registered address at 11310 S. Orange Blossom Trail, Orlando, Florida, a mail drop, and its principal place of business at 1650 Sand Lake Road, Suite 200, Orlando, Florida.

B. Landmark Marketing LLC ("Landmark Marketing"), also doing business as Blue Scape Timeshares, Country Wide Timeshares International, Propertys DRK, Quick Sale Advisers, Quick Sale International, and University Propertys International, was a Florida limited liability company with its registered address at 2223 SW 13th Avenue, Miami, Florida, a mail drop, and its principal place of business at 1650 Sand Lake Road, Suite 200, Orlando, Florida.

C. Red Solutions LLC ("Red Solutions"), also doing business as City Resorts and Resort Advisors, was a Florida limited liability company with its principal place of business at 1650 Sand Lake Road, Suite 200, Orlando, Florida.

D. Enterprise America, LLC ("Enterprise America"), also doing business as American Timeshares, Exit Week, and Resort Advisors International, was a Florida limited liability company with its registered address at 11310 S. Orange Blossom Trail, Suite 156,

2

Orlando, Florida, a mail drop, and its principal place of business at 1650 Sand Lake Road, Suite 200, Orlando, Florida.

E. Investments Group of Florida, LLC ("Investments Group"), also doing business as Resort Advisors AM, was a Florida limited liability company with its principal place of business at 1650 Sand Lake Road, Suite 200, Orlando, Florida.

F. MultiGlobe LLC ("MultiGlobe"), also doing business as Universal Propertys, was a Florida limited liability company with its registered addressed at 1750 Sand Lake Road, Orlando, Florida, and its principal place of business at 1650 Sand Lake Road, Suite 200, Orlando, Florida.

5. The established, proven and highly successful sales pitch that was used by **ASTON LLOYD DAVIS** and other conspirators in the telemarketing timeshare resale scam contained material misrepresentations of fact and misleading statements to prospective customers, including the following:

A. Conspirators have a buyer for the consumer's timeshare property who will pay a specified price;

B. Conspirators will refund the prepaid up-front fee to the consumer at the closing of the consumer's timeshare property;

C. Conspirators' fees were for deed and title searches, maintenance profiles, deed preparation, title transfer and/or for similar expenses; and

D. Conspirators' proposed sale of the consumer's timeshare property was reviewed and approved by the Federal Trade Commission.

6. The representations made in the sales pitch used by conspirators, including **ASTON LLOYD DAVIS**, were false and fraudulent in that the offers on the consumer's

3

property were a fantasy, the closing dates were totally make believe, and the purported purpose of the fees was a pure invention by the telemarketer. The prepaid up-front fees collected from the consumers were not being used for closing costs, but were being stolen to enrich the conspirators, including **ASTON LLOYD DAVIS**, and to pay for continuing expenses associated with the scam.

7. The sales practices of the conspirators, including **ASTON LLOYD DAVIS**, were false and misleading. The business fronts used by the conspirators were permeated with fraud in an industry pervaded by deceit.

8. In connection with the transactions described in the Indictment, conspirators, including **ASTON LLOYD DAVIS**, engaged in a scheme involving deceit and trickery in order to gain an unfair and dishonest advantage over victims located in the Southern District of Illinois and elsewhere throughout the United States and Canada.

9. In connection with the transactions described in the Indictment, **ASTON LLOYD DAVIS** victimized 141 individuals and defrauded those victims of approximately $285,444.

10. In furtherance of and as a foreseeable consequence of the conspiracy, **ASTON LLOYD DAVIS** caused contracts and other documents to be transmitted by U.S. Mail or by interstate commercial carrier to the Southern District of Illinois.

11. In furtherance of and as a foreseeable consequence of the conspiracy, **ASTONLLOYD DAVIS** caused interstate telephone calls to be made to the Southern District of Illinois.

SO STIPULATED:

_____  
ASTON LLOYD DAVIS  
Defendant

_____  
ALI SUMMERS  
Assistant United States Attorney's

_____  
F. WESLEY BLANKNER, JR.  
Attorney for Defendant

Date: 6-9-16

Date: 6.13.16